■ MARILYN BIKOWICZ et al., Respondents, v NEDCO PHARMACY, INC., et al., Defendants, and STERLING DRUG, INC., et al., Appellants. — Appeal from an order of the Supreme Court at Special Term (Hughes, J.), entered March 20, 1984 in Schenectady County, which denied the motion of defendants Sterling Drug, Inc., and Winthrop Laboratories, Inc., to renew their previously denied motion for an order granting a commission pursuant to CPLR 3108.

Order affirmed, with costs. No opinion. Mahoney, P. J., Mikoll, Yesawich, Jr., and Levine, JJ., concur.